Decided October 28, 1997

MARCUS L. LANE ET AL. *v.* JAMES STEWART

The plaintiffs' petition for certification for appeal from the Appellate Court, 46 Conn. App. 172 (AC 15476), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Robert L. Fisher, Jr.,* in support of the petition.

*John K. McDonald,* in opposition.

Decided October 28, 1997